(1) cc: DSA 5/17    Saturday 5-11-19
JAO
cc: JMS/LCK/π

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 15 2019
at 5 o'clock and 00 min. PM
SUE BEITIA, CLERK

Aloha ē Ms. Kobayashi; Your Honor,

My name is John Ferdinand Freitas. In early December of last year, I was sentenced by you; while filling in for J. Michael Seabright, to a term of ten months of incarceration resultant from the second instance of my probation being revoked. It was a Solemnly tearful event on my Part due primarily to having listened to my mother share her truth with the Court.

Received By Mail Date 5/15/19 LS
Mailed On Date 5/15/19

I am writing to you now with the intent of sharing with you some of the incontrovertible (i.e. meticulously & fastidiously documented by not only myself and the F.B.O.P. in ways that corroborate & verify one-another but also; in large part, by another inmate named Anthony Troy Williams) facts surrounding the abhorent and; more importantly from a judicial standpoint, overtly unconstitutional conditions of confinement here at F.D.C. Honolulu (F.D.C.H.);

particularly in the "Special Housing Unit" (S.H.U.)

Since February 26th of this year, my life has been a progresively deteriorating hell. I do not use this wording lightly. The retaliatory escalation in severity of the myriad Constitutional violations that have been inflicted upon me has been downright heinous. Evil.

Most recently (and currently ongoing by way of the subsequent; current, refusal to provide <u>any</u> type of medical treatment), I was forcibly extracted from Cell 108 in the S.H.U. by a team of not less than eight men in riot gear despite the fact that I was clearly observed as being on my knees with my hands in the air and struggling to breath resultant from being "gassed" with <u>two</u> copious rounds of O.C. (Pepper) spray dispensed into my sole occupied cell. During the course of this cell extraction I was knocked unconscious and had my right shoulder severely injured; despite overt submission & non-resistance.

It is my understanding that the entirety of this extraction procedure, including the protocol leading up to it, was videotaped by the F.B.O.P. I am absolutely sure that upon seeing this footage, pursuant to a Subpoena Duces Tecum, the Court will be furiously indignant that such inhumane barbarism is taking place in the 21st Century in Hawaii.

The impetus for the cruel and "'unusual'" (on Weds, 5-8-19 @ ~13:00) cell extraction was that I refused; in an unsuccessful attempt to be provided with both the ~~medications~~ Prescription that had been withheld from me for the prior two days as well as the breakfast that was withheld from me on that Wednesday the Eighth, to ~~refere~~ remove the papers obstructing the view into my cell.

Since the incident involving overtly excessive use of force, I have been provided <u>zero</u> medical treatment for the past three

days despite profuse & persistent begging from me to treat the throbbing, with every pulse, pain in my skull and extreme pain in my right shoulder. I have been given zero opportunity for proper diagnosis (i.e. visual through cell door & without equipment only) and have been provided with only Ibuprofen and Acetaminophen. It appears that the F.B.O.P. is diligently endeavoring to obfuscate the severity of the injuries that they inflicted upon me during the unnecessary cell extraction.

Regardless of their impetus to refuse to provide me with even an arm sling for my shoulder, these atrocities are but the most recent in a plethora of Civil Rights violations that have been perpetrated against me by the F.B.O.P. Some of these Constitutional violations are, briefly, described in the Writ Of Habeas Corpus docket #: CV-19-00203-JAO-RLP filed in the District of Hawaii on April 22nd 2019 at 14:00.

Next →

Subsequent to the filing of that Writ of Habeas (a copy of which is included herein), I submitted to Richard L. Puglisi a 23 page Writ of Mandamus in which I extensively delineated the litany of Constitutional violations that I have been subjected to; prior to the withholding of my medications and food (3rd separate time regarding food & 6th separate time regarding prescription medication {all documented via personally kept chronological records and via formal F.B.O.P. documentations}) that resulted in the eggregiously violent cell extraction.

However, the F.B.O.P. staff here at F.D.C.H. have been continuing in their undue interference with my acces to the Courts by prohibiting me from being able to pay the necessary filing fees.

I am not sure what Your Honor might be able to do to help expedite the adjudication and rectification of these Constitutional violations. I ask only that you do; do everything within

your powers to effectuate the correction of these wrongs.

I will close by conveying to you the fact that many of these Constitutional violations that have been perpetrated against me have been perpetrated against numerous other inmates here at F.D.C.H. such as has not been seen by me in my 15 months of incarceration at F.C.I. Phoenix. Specifically, the First Amendment violations pertaining to the Administrative Remedy Program are both rampant and systemic here at F.D.C.H. The Eighth Amendment violations stemming from the "deliberate indifference towards the serious medical needs" of numerous F.D.C.H. inmates is likewise both rampant and systemic. I verily attest to having witnessed, first-hand, myriad examples/instances of such violations. I have similarly, first-hand, witnessed three of the four categories of constitutional violations delineated in the Writ of ~~Mandamus~~ Habeas (seeking release from incarceration under these unconstitutional conditions) included herein being perpetrated against Mr. Anthony Troy Williams. Of the four categories (i.e. a-d) listed

in the accompanying writ of Habeas, the only category that I have not personally witnessed being perpetrated against Mr. Williams is that described in category ⓑ (i.e. deliberate withholding of prescription medications &/or medical devices). I have witnessed these perpetrations against Mr. Williams resultant from being housed in the same G.P. housing unit (4B) with him for over three months, being housed in the same S.H.U. cell with him for two weeks, and being housed in the same S.H.U. unit with him for over a month (I have now personally been housed in the S.H.U. for 52 continuous days; preceeded immediately by 21 continuous days of S.H.U. confinement seperated by only 46 hours back in G.P. {thus I have been confined In The SHU for nearly three months continuously}).

I fervently pray, in supplication, that you; Ms. Kobayashi Your Honor, will do <u>every thing</u> in your powers to expeditiously and efficaciously rectify this repugnantly abominable and

unconstitutional conduct being perpetrated by The United States Government against it's own citizens here in Hawaii.

Considering that the two statitorily codified goals of U.S. Probation are ① protection of the public & ② rehabilitation of the offender as well as the absolute fact that I have never been, nor ever will be a danger to the public, U.S. probation is clearly failing to work towards achieving those goals. How any human-being could reasonably be expected to be rehabilitated under the hellacious conditions that I have been repeatedly subjected to here at F.D.C.H. is beyond rational comprehension.

Hagardly Earnest,
John F. Freitas

I, John Ferdinand Freitas, hereby attest; under penalty of perjury, to the veracity and complete truthfulness of all of the statements declared in the entirety of the Eight numbered pages of this correspondence addressed to to The Honerable Leslie Ann Kobayashi on this the Eleventh day of May in the year 2019 C.E.   John F. Freitas
Saturday 5-11-19